# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ELWOOD IAN LLEWELLYN FOX, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Docket No. 2:21-cv-00197-NT |
| | ) |
| CUMBERLAND COUNTY JAIL, | ) |
| | ) |
| Respondent. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 17, 2021, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision (ECF No. 2). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Petitioner's petition for a writ of habeas corpus (ECF No. 1) is hereby **DISMISSED**.

It is further **ORDERED** that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because no reasonable jurist would find

the correctness of this ruling to be debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 16th day of September, 2021.